UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN C. LEAF,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF RIVERSIDE, ET AL.<br><br>    Defendant. | CASE NO. EDCV 15-02495 AB (JCG)<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Based on the stipulation of the parties, Plaintiff STEVEN C. LEAF's complaint is hereby dismissed with prejudice in its entirety. Each party shall bear their own costs, expenses, an attorneys' fees.

IT IS SO ORDERED.

DATED: June 7, 2016

_____
Hon. Jay C. Gandhi
United States District Court Magistrate Judge

4849-0496-1586.1

1

ORDER ON STIPULATION TO DISMISS WITH PREJUDICE

LEWIS BRISBOIS

## FEDERAL COURT PROOF OF SERVICE

Leaf vs County of Riverside – File No. 24897-602

STATE OF CALIFORNIA, COUNTY OF SAN BERNARDINO

At the time of service, I was over 18 years of age and not a party to the action. My business address is 650 East Hospitality Lane, Suite 600, San Bernardino, CA 92408. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On June 6, 2016, I served the following document: **ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

Steven C. Leaf                                   Plaintiff In Pro Se
CDC #J95668
VSP
C1-4-2 Low
Chowchilla. California  93610

The documents were served by the following means:

☒ (BY U.S. MAIL) I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and I deposited the sealed envelope or package with the U.S. Postal Service, with the postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on June 6, 2016, at San Bernardino, California.

_____
Deborah Roias

LEWIS BRISBOIS

4849-0496-1586.1

[PROPOSED] ORDER ON STIPULATION TO DISMISS WITH PREJUDICE